IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARK SIMPSON,
Individually and on behalf
of others similarly situated　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

V.　　　　　　　　　　CASE NO. 14-cv-4042

CERTAIN UNDERWRITERS
AT LLOYD'S LONDON COMPANY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## ORDER

　　Before the Court is the parties' Joint Motion to Stay Pending Mediation. ECF No. 7. The parties move the Court to stay all proceedings and discovery in this case pending mediation. Upon consideration, the Court finds that the motion is **GRANTED**. The parties are directed to update the Court on the status of mediation every thirty (30) days.

　　**IT IS SO ORDERED**, this 17th day of April, 2014.

　　　　　　　　　　　　　　　　　　　　　　/s/ Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　　United States District Judge