IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARK SIMPSON, individually and on
behalf of all others similarly situated                                                                      PLAINTIFF

V.                                     CASE NO. 14-CV-4042

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON                                                                                              DEFENDANT

## ORDER

Before the Court is a Stipulation of Voluntary Dismissal Without Prejudice.  ECF No. 12. The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, all claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of August, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge